**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DONNA JEAN GARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-2991 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MOTION TO RESET INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Come now Plaintiff, **DONNA JEAN GARRETT**, and files this *Motion to Reset Initial Pretrial and Scheduling Conference* under Rule 16, and respectfully show as follows:

1. An initial pretrial and scheduling conference in the above referenced case is presently set for September 17, 2025, at 10:15 a.m. by video before Magistrate Judge Dena Hanovice Palermo. (Dkt. 5)

2. Accordingly, the Joint Case Management Plan under Rule 26(f) in the above referenced case is due to this Court on September 7, 2025. (Dkt. 5)

3. As of the date of this filing, counsel for Defendant has not entered an appearance in this case, and an Answer has not been filed.

4. There will not be adequate time for Counsel for Plaintiff to have meaningful discussions with Counsel for Defendant to create the Joint Case Management Plan.

5. This motion is made in good faith and not for the purpose of delay. No party will be prejudiced by a short continuance of the conference.

WHEREFORE, Plaintiff, **DONNA JEAN GARRETT**, prays that this Motion be granted, and that the Court issue a new Order resetting the Initial Pretrial and Scheduling Conference to a date at least 45 days after the original set date.

Respectfully submitted,

**MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW L.L.P.**

By: /s/ Erin Svetlik
**ERIN SVETLIK**
Tex. Bar No. 24115426
Fed. I.D. No. 3882226
erin@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
**DONNA JEAN GARRETT**