**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DONNA JEAN GARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-2991 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER RESETTING SCHEDULING CONFERENCE**

On _________________, 2025 the court considered Plaintiff's *Motion to Reset Initial Pretrial and Scheduling Conference*. The motion is **GRANTED.**

The Scheduling Conference is reset for __________________, 2025 at _____ _. m.

______________________________
United States District Judge