**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DONNA JEAN GARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-2991 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE JUDGE OF SAID COURT:

1. COMES NOW, Donna Jean Garrett, Plaintiff and pursuant to Rule 26 of the Federal Rules of Civil Procedure and this Court's Docket Control Order, hereby designates the following witnesses who may provide testimony in the form of expert opinions at trial:

   Marc Whitehead
   Marc Whitehead & Associates, Attorneys at Law
   403 Heights Blvd.,
   Houston, Texas 77007
   713-228-8888 tel
   713-225-0940 fax

2. Mr. Whitehead may testify in the trial of this matter regarding the reasonable and necessary attorneys' fees incurred by any party in this action. Mr. Whitehead's resume is attached hereto as Exhibit "A."

3. Plaintiff reserves the right to illicit opinion testimony from any and all of the Defendant's expert witnesses.

4. Plaintiff reserves the right to supplement this designation further within the time limitations imposed by the Court and/or by any alterations of same by subsequent Court order and/or by agreement of the parties pursuant to the Federal Rules of Civil Procedure.

5. Plaintiff reserves the right to withdraw the designation of any expert witness and to aver positively that such previously designated expert will not be called as an expert witness at trial and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

6. Plaintiff reserves the right to call de-designated expert witnesses in rebuttal whose identities and testimony cannot reasonably be foreseen until Defendant has presented his evidence at trial.

7. Plaintiff reserves the right to elicit any expert testimony and/or lay opinion testimony that would assist the jury in determining material issues of fact that would not violate the Federal Rules of Civil Procedure.

8. Plaintiff designates and may call to testify as an adverse witness Defendant and any and all expert witnesses designated by Defendant.

9. Plaintiff reserves the right to call undesignated rebuttal expert witnesses whose testimony cannot be reasonably foreseen until the presentation of the evidence by or against Plaintiff, Defendant, or the Plan.

10. Plaintiff reserves all additional rights they may have with regard to expert witnesses and testimony under the Federal Rules of Civil Procedure, the Federal Rules of Civil Evidence, case law, and rulings of this Honorable Court.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, L.L.P.

By: /s/ Erin Svetlik
Erin Svetlik

403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2026, I electronically filed the foregoing document with the clerk of the court for the U. S. District Court; Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "notice of Electronic Filing" all attorneys of record who have consented in writing to accept that Notice as service of this document by electronic means.

/s/ Erin Svetlik
Erin Svetlik