# CURRICULUM VITAE

**Marc Stanley Whitehead**
Marc Whitehead & Associates,
Attorneys at Law, L. L. P.
403 Heights Blvd.
Houston, Texas 77007
(713)228-8888

**Professional Experience**

*Marc Whitehead & Associates, Attorneys at Law, LLP, Founder*
Specializing in plaintiff's personal injury litigation, insurance & ERISA litigation, social security disability law and veterans disability law

*Adjunct Professor of Law (2002)*
University of Houston Law Center
Civil Trial Advocacy

*Instructor (2003)*
National Institute of Trial Advocacy
Civil Trial Advocacy

*Instructor (2005-2007)*
National Business Institute
Social Security Disability

**Board Certified**

Personal Injury Trial Law
Texas Board of Legal Specialization

Social Security Disability Advocate
National Board of Social Security Disability Advocates

**Educational Experience**

J.D. University of Houston Law Center, 1992
Top 21 % of Graduating Class
B.B.A. in Finance, Texas A&M University, 1989
President's List
Valedictorian, Normangee High School 1985

**Admitted to Practice**

State Bar of Texas
U.S. District Courts, All Texas Districts
United States Court of Appeals-Fifth Circuit
United States Court of Appeals for Veterans Claims

**Professional Activities and Associations**

President-Houston Trial Lawyers Association (2009-10)
Secretary/Treasurer-Houston Trial Lawyers Association (2007-08)
Former Vice-President- Houston Trial Lawyers Association
Board of Directors-Texas Trial Lawyers Association
Texas Trial Lawyers Board of Advocates (1999-2001)
HBA Social Security Section Chairman (2004-2005)
Member: Association of Civil Trial and Appellate Specialists, National Organization of Social Security Claims Representatives, Association of Trial Lawyers of America, Texas *Aggie* Bar Association, Houston Volunteer Lawyers Association, College of the State Bar of Texas, Houston Bar Association, National Organization of Veterans Advocates

**Articles & Publications**

*"Tort Reform As It Relates to Strict Products Liability"*
*"A Lawyers Guide for Determining Eligibility of Social Security Disability Claimants"*
*"Nuts & Bolts of Social Security Disability Law"*
*"The Five Step Sequential Evaluation* Process *Used in Determining Disability For Social Security Claimants"*