**CURRICULUM VITAE**

**IWANA RADEMAEKERS**
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, TX 75252
(214) 579-9319
iwana@rademaekerslaw.com

# Professional Experience

**April 2014 to Present**
**Shareholder, Law Offices of Iwana Rademaekers, P.C.**
Ms. Rademaekers' practice at the firm she owns includes the defense of private and public employers, benefit plans, insurers, plan fiduciaries and service providers against ERISA and benefits lawsuits, including claims for breach of fiduciary duty, benefits due, and statutory penalties. She has appeared as lead counsel in 29 states and in 6 US Courts of Appeals and has a distinguished list of case victories across the country for her clients. Ms. Rademaekers has also counseled clients, presented speeches, and conducted training across the country in areas of employee benefits and employment law. Recent topics of these engagements include fiduciary risk management, human resources best practices, and crisis management.

**August 1997 to April 2014**
**Of Counsel, Jackson Lewis, P.C.**
At Jackson Lewis. Ms. Rademaekers defended employers and executives against litigation involving discrimination, harassment, contract disputes, and other employment law claims. She also counseled major group insurance carriers, including representation of carriers in litigation in both federal and state court at both the trial and appeal level. Additionally, Ms. Rademaekers wrote and presented substantial training materials in various areas of benefit and employment law.

# Education

**December 1987**
**J.D./M.B.A., The University of Texas at Austin**

**May 1984**
**B.B.A. (concentration in Finance and Accounting), McMurry University**
Summa Cum Laude
Wall Street Journal Award to Outstanding Business Student

EXHIBIT
A

# Admitted To Practice

- State Bar of Texas, Supreme Court of Texas
- US District Court for the Northern, Eastern, Southern and Western Districts of Texas
- US District Court for the Eastern and Western Districts of Arkansas
- US District Court for the District of Colorado
- US District Court for the Northern and Southern Districts of Illinois
- US District Court for the Eastern and Western Districts of Michigan
- US District Court for the Eastern District of Missouri
- US District Court for the District of New Mexico
- US District Court for the District of North Dakota
- US District Court for the Eastern and Western Districts of Oklahoma
- US District Court for the Eastern and Western Districts of Tennessee
- US District Court for the Eastern and Western Districts of Wisconsin
- US Court of Appeals for the Fourth, Fifth, Eighth, Ninth, Tenth and Eleventh Circuits

# Publications and Significant Appellate Decisions

- *Zaeske v. Liberty Life Assurance Co. of Boston*, 901 F.3d 944 (8th Cir. Aug. 23, 2018).
- *Lucas v. Liberty Life Assurance Co. of Boston*, No. 11-6056 (10th Cir. October 14, 2011).
- *Johnson v. Liberty Life Assurance Co. of Boston*, 262 Fed. Appx. 865 (10th Cir. 2008).
- *Keele v. JP Morgan Chase Long Term Disability Plan*, 221 Fed. Appx. 316 (5th Cir. 2007).
- *Booth v. Wal-Mart Stores, Inc., 201 F.3d 335* (4th Cir. 2000).
- *Swearingen v. Owens-Corning Fiberglas Corp*., 968 F.2d 559 (5th Cir. 1992).
- Iwana Rademaekers. "Historical Perspective." *Banks and Thrifts: Government Enforcement and Receivership*. Matthew Bender. 1991.
- Zisman, Barry, and Neil Sunkin and Iwana Rademaekers. "Other Nonlitigation Special Powers." *Banks and Thrifts: Government Enforcement and Receivership*. Matthew Bender. 1991.