**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DONNA JEAN GARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-2991 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO EXTEND DEADLINES

Come now Plaintiff, DONNA JEAN GARRETT, and Defendant, LINCOLN LIFE ASSURANCE COMPANY OF BOSTON (Parties), and file this *Joint Motion to Extend Deadlines*, and respectfully show as follows:

1. On January 14, 2026, the Court entered a Scheduling Order establishing the following case deadlines (Dkt. 15):

| | | |
|---|---|---|
| August 14, 2026 | – | Motions Deadline |
| November 6, 2026 | – | Defendant's Pretrial Order Due |
| November 20, 2026 | – | Plaintiff's Pretrial Order Due; Motions in Limine Due |
| December 11, 2026 | – | Docket Call |
| December 14, 2026 | – | Trial |

2. Following entry of the Scheduling Order, the Parties engaged in informal settlement negotiations in an effort to resolve this matter without further litigation. Although those efforts were productive, the Parties were ultimately unable to reach a settlement agreement and agreed to participate in mediation.

3. Mediation was scheduled for June 17, 2026. However, on the morning of the mediation, Plaintiff was required to cancel due to an unexpected illness requiring medical attention.

4. The Parties have since rescheduled mediation with the same mediator for September 29, 2026, which is the earliest mutually available date for the Parties and the mediator.

5. In light of the pending mediation, the Parties respectfully request that the Court extend the current scheduling deadlines. The requested extension will allow the Parties a meaningful opportunity to complete mediation and potentially resolve this

matter without the need for further expenditure of judicial and party resources. Additionally, as this lawsuit is a claim for recovery of benefits under ERISA that will be resolved based on the parties' cross-motions for judgment on the administrative record, the pretrial order, docket call, and trial deadlines are unlikely to be needed.

6. This request is made jointly by the Parties, is not sought for purposes of delay, and will not prejudice any party. Rather, the requested extension is intended to facilitate settlement discussions and promote the efficient resolution of this case.

WHEREFORE, the Parties pray that this Motion be granted, and that the Court amend the Scheduling Order and reset the remaining deadlines as follows:

| | | |
|---|---|---|
| Motions Deadline | - | October 30, 2026 |
| Defendant's Pretrial Order | - | January 22, 2027* |
| Plaintiff's Pretrial Order and Motions in Limine | - | February 5, 2027* |
| Docket Call | - | February 26, 2027* |
| Trial | - | March 2, 2027* |

* These deadlines are unlikely to be needed as this ERISA claim for recovery of benefits will be resolved on the parties cross-motions for judgment on the administrative record.

The requested extension will allow the Parties to complete mediation on September 29, 2026, and, if necessary, proceed with litigation under a revised schedule that accommodates the Parties' settlement efforts while preserving judicial economy.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By: /s/ Erin Svetlik

ERIN SVETLIK
Tex. Bar No. 24115426
Fed. I.D. No. 3882226
erin@marcwhitehead.com
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY FOR PLAINTIFF

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF CONFERENCE**

This is to certify that the undersigned attorney for Plaintiff had a conference with all parties regarding the substance of this motion. Defendant is in agreement with this motion.

/s/ Erin Svetlik
Erin Svetlik