**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DONNA JEAN GARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-2991 |
| | § | |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER ON JOINT MOTION TO EXTEND DEADLINES**

On ________________, 2026 the court considered the Parties' *Joint Motion to Extend Deadlines.* The motion is **GRANTED.**

The new deadlines are as follows:

| | | |
|---|---|---|
| Motions Deadline | - | ________________ |
| Joint Pretrial Order | - | ________________ |
| Plaintiff's Pretrial Order and | | |
| Motions in Limine | - | ________________ |
| Docket Call | - | ________________ |
| Jury Trial | | ________________ |

______________________________

United States District Judge