United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DONNA JEAN GARRETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-2991 |
| | § | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ON JOINT MOTION TO EXTEND DEADLINES

On July 15, 2026 the court considered the Parties' *Joint Motion to Extend Deadlines.*

The motion is **GRANTED.**

The new deadlines are as follows:

| | | |
|---|---|---|
| Motions Deadline | - | October 30, 2026 |
| Joint Pretrial Order | - | January 22, 2027 |
| Plaintiff's Pretrial Order and Motions in Limine | - | February 5, 2027 |
| Docket Call | - | February 26, 2027 at 1:30 PM |
| Jury Trial | | March 1, 2027 at 9:00 AM |

ALFRED H. BENNETT

United States District Judge